UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD REED, et al.,<br><br>    Plaintiffs,<br><br> v.<br><br>TERRY A. DUREE, et al.,<br><br>    Defendants. | Case No. 16-cv-07041-VC<br><br>**ORDER TO SHOW CAUSE** |

 1. Bret Yaple is ordered to show cause why he should not be held in contempt for refusing to answer questions posed at his deposition. A hearing on the order to show cause will take place on January 16, 2018, at 1:30 p.m. in Courtroom 2, 17th Floor, United States District Court, 450 Golden Gate Avenue, San Francisco, California, 94102.

 2. Mr. Yaple is also ordered to file a response to this order explaining why he should not be held in contempt by December 22, 2017.

 3. The plaintiffs may file a reply to Mr. Yaple's response, and any reply must be submitted by no later than January 5, 2017.

 4. The plaintiffs must serve a copy of this order on Bret Yaple by email and by leaving a copy at his place of business at 622 Jackson Street, Fairfield, California.

5. Plaintiffs are directed to serve this order on Bret Yaple by no later than December 15, 2017, and to file proof of service of this order by no later than December 19, 2017.

**IT IS SO ORDERED.**

Dated: December 13, 2017

_____
VINCE CHHABRIA
United States District Judge